UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE O'BRIEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMTRUST NORTH AMERICA, et al.,<br><br>    Defendants. | Case No. 24-cv-02279-AMO<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH COURT ORDERS**<br><br>Re: Dkt. Nos. 28, 31 |

Before the Court is a letter brief filed by Defendants United Specialty Insurance Company, AmTrust International Underwriters DAC, and Capitol Specialty Insurance Corporation (collectively, "Defendants"). Plaintiffs did not contribute to the letter brief. In substance, Defendants seek to compel production of Plaintiffs' initial disclosures. *See* ECF 31. The initial disclosures were due by October 18, 2024, according to the schedule set at the initial case management conference. *See* ECF 28. At the initial case management conference, the Court additionally set deadlines for Plaintiffs' counsel to obtain admission to this District's bar and to file all appropriate documents pertaining to the case on the docket. *Id.* The Court waited to rule on Defendants' letter brief to allow Plaintiff's counsel the opportunity to comply with the Court's deadlines.

The Court hereby **ORDERS** Plaintiffs' counsel **TO SHOW CAUSE** why sanctions should not issue due to the complete failure to comply with any of this Court's orders. In light of these failures, the Court will contemplate a range of sanctions, including monetary sanctions and case-terminating sanctions.

Plaintiffs' counsel's written response **shall be filed by no later than noon on December 13, 2024**. If Defendants wish to respond, they may do so by no later than noon on December 16, 2024. The Court **SETS** the show cause hearing for 11:00 a.m. on December 17, 2024, via Zoom.

The Court **ORDERS** Defendants to serve a copy of this order on counsel for Plaintiffs by email. Defendants shall file a certificate of service on the docket by no later than 9:00 a.m. on December 11, 2024.

**IT IS SO ORDERED.**

Dated: December 10, 2024

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**