United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    LUKE O'BRIEN, et al.,                      Case No.  24-cv-02279-AMO

                    Plaintiffs,
8
                                                **ORDER ISSUING SANCTIONS;**
9          v.                                   **ORDER TO APPEAR**

10   AMTRUST NORTH AMERICA, et al.,             Re: Dkt. No. 59

                    Defendants.
11

12

13         On June 24, 2025, the Court ordered Plaintiffs to file a response to Defendant AmTrust

14   North America's motion to enforce settlement.  *See* ECF 58, ECF 59.  The Court set a deadline of

15   noon on Monday, June 30, 2025, and warned, "Failure to timely respond will result in personal

16   sanctions for counsel."  ECF 59.  Plaintiffs did not comply: no response was filed.

17         Federal Rule of Civil Procedure 16(f) provides that, on its own motion, "the court may

18   issue any just orders . . . if a party or its attorney: . . . (C) fails to obey a scheduling or other

19   pretrial order."  Indeed, "federal courts have inherent power to impose monetary or other sanctions

20   in order to control the conduct of the proceedings, protect the 'orderly administration of justice,

21   and to maintain 'the authority and dignity of the court.' "  *Smith v. Humboldt Cnty. Sheriff's Off.*

22   *Corr. Facility*, No. 24-CV-01035-PHK, 2025 WL 41926, at *6 (N.D. Cal. Jan. 7, 2025) (quoting

23   *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764-67 (1980)).

24         Plaintiffs' counsel's recent failure to file a response is emblematic of the lack of diligence

25   counsel has demonstrated throughout the pendency of this action, including counsel's delay in

26   joining the bar of this District and several other failures to timely submit responses to substantive

27   motions.  *See, e.g.*, ECF 28, ECF 32, ECF 39, ECF 53.  Enough is enough.

28

1    The Court personally **SANCTIONS** counsel for Plaintiffs, James C. Diefenbach, in the

2    amount of **$500** for his failure to comply with court orders and his failure to diligently litigate this

3    case on behalf of his clients.  Mr. Diefenbach shall pay this amount to the Clerk of the U.S.

4    District Court for the Northern District of California by no later than August 1, 2025.  The Court

5    **ORDERS** Mr. Diefenbach to self-report this sanction and send a copy of this Order along with an

6    enumeration of all deadlines he missed in this case by no later than August 1, 2025, to the U.S.

7    District Court for the Northern District of California's Standing Committee on Professional

8    Conduct for further investigation pursuant to Civil Local Rule 11-6(a)(1).  Within ten (10)

9    business days of this self-reporting, Mr. Diefenbach shall file a certification that he has self-

10   reported as required.  Additionally, for the next year, should Mr. Diefenbach find himself

11   practicing law before the Northern District of California, within 14 days of his appearance in any

12   matter, Mr. Diefenbach shall file a notice attaching this Order as well as the enumeration of all

13   deadlines he missed in this case.

14   Finally, the Court **SETS** Defendant's motion to enforce settlement for hearing on July 17,

15   2025 at 11:00 a.m. via Zoom.  The Court will vacate this hearing if the parties file a stipulation of

16   dismissal prior to noon on Wednesday, July 16, 2025.  If Mr. Diefenbach fails to appear at the

17   Zoom hearing, he will face further personal sanctions.

18

19   **IT IS SO ORDERED.**

20   Dated: July 2, 2025

21

22

23   **ARACELI MARTÍNEZ-OLGUÍN**
     **United States District Judge**

24

25

26

27

28

2

United States District Court
Northern District of California