UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE O'BRIEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMTRUST NORTH AMERICA,<br><br>    Defendant. | Case No. 24-cv-02279-AMO<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 66 |

On August 5, 2025, the remaining parties in this case filed a stipulation to dismiss Defendant Amtrust and the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs. ECF 66. The Court hereby **GRANTS** the parties' stipulation and **DISMISSES** the entire action with prejudice.

The Court accordingly **VACATES** the hearing scheduled for August 7, 2025, along with all remaining case deadlines. The Court **DENIES** Mr. Diefenbach's request for a 30-day continuance to comply with the sanctions order considering his substantial (though tardy) compliance.

Finally, the Court **ORDERS** the exhibit to the August 7, 2025 Diefenbach Declaration **SEALED** to maintain the privacy of Mr. Diefenbach's banking information. *See* ECF 69-1.

**IT IS SO ORDERED.**

Dated: August 7, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**